UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE: **ROBERT B. ELLIS**  	Chapter 13
        Debtor.  	Case No.: 18-30325-KKS
_____\

**ORDER GRANTING MOTION TO CHANGE VENUE (Doc 10)**

THIS CAUSE came before the Court pursuant to the Debtor, **ROBERT B. ELLIS,** Motion to Change Venue (Doc 10) from the Pensacola Division to the Panama City Division. The Court finds it would be in the best interest of the parties and will not inconvenience the creditors for the case to be heard in the Panama City Division, it is therefore

ORDERED that this case shall be filed and heard in the Panama City Division.

DONE AND ORDERDED on ___April 11, 2018_____

/s/ Karen K. Specie
_____
KAREN K. SPECIE
U.S. BANKRUPTCY JUDGE

Attorney, Charles M. Wynn Law Offices, PA is directed to serve a copy of this Order on interested parties and file a proof of service within 3 days of the entry of the Order.

This instrument prepared by :
Charles M. Wynn Law Offices, P.A.
P.O. Box 146
Marianna, FL   32447